IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID RIGSBEE and IKUYO RIGSBEE, for B.R., a minor child,<br><br>Petitioners,<br><br>v.<br><br>OKLAHOMA DEPARTMENT OF HUMAN SERVICES,<br><br>Respondent. | No. CIV-06-638-L |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation issued by the Honorable Gary M. Purcell on June 14, 2006, in which he recommended denying petitioners' motion for leave to proceed *in forma pauperis*. Petitioners did not object to the Report and Recommendation, and, in fact, paid the filing fee in full on June 19, 2006. The Report and Recommendation with respect to petitioners' proceeding *in forma pauperis* is thus approved and adopted. Given petitioners' payment of the filing fee, however, the recommendation that this action be dismissed is moot. This matter is therefore recommitted to Judge Purcell for further proceedings.

It is so ordered this 10th day of July, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge